**Robert L. STEWART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 94661.**

Missouri Court of Appeals,
Eastern District,
Division Two.

April 12, 2011.

Maleaner Harvey, Assistant Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Richard A. Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before GLENN A. NORTON, P.J., KATHAINNE KNAUP CRANE, J. and GEORGE W. DRAPER III, J.

### *ORDER*

PER CURIAM.

Robert L. Stewart appeals the judgment denying his Rule 29.15 motion for postconviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).